April 23, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MASTERS HAND | CIVIL ACTION |
| VERSUS | NO. 08-95 |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ET AL. | SECTION "A"(5) |

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memoranda in opposition to the **Rule 56(c) Motion for Summary Judgment on Behalf of Allstate Insurance Company (Rec. Doc. 4)**, set for hearing on April 30, 2008, has been submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

Accordingly;

**IT IS ORDERED** that Defendant's **Rule 56(c) Motion for Summary Judgment on Behalf of Allstate Insurance Company (Rec. Doc. 4)** should be and is hereby **GRANTED**. The claims of plaintiff, In the Master's Hand, against Allstate Insurance Company are **DISMISSED**.

     A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within fifteen (15) days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  <u>See</u> Fed. R. Civ. P. 16.

                                      \* \* \* \* \* \* \* \*

*[Signature: Jay C. Zainey]*